H. B. A. REALTY CO., INC., Appellant, v. WENDELL H. MILLER, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.